of Insurance Environmental Litigation Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 93–1870. AIDANT, INC., ET AL. *v.* SIREX, U. S. A., INC., ET AL.; AIDANT, L. P., ET AL. *v.* HUMMEL ET AL.; and IZADPANAH ET AL. *v.* HUMMEL ET AL. Sup. Ct. Va. Motion of petitioners to strike respondents' brief in opposition denied. Certiorari denied.

No. 93–1878. ROE *v.* LOUISIANA SUPREME COURT ET AL. C. A. 5th Cir. Motion of petitioner to direct that the response to the petition and the lodging be placed under seal denied. Motion of John Doe for leave to intervene and other relief denied. Certiorari denied.

No. 92–8717. ROBINSON *v.* TEXAS. Ct. Crim. App. Tex.;

No. 93–6225. SLAWSON *v.* FLORIDA. Sup. Ct. Fla.;

No. 93–7248. MCBRIDE *v.* TEXAS. Ct. Crim. App. Tex.;

No. 93–7641. MARTINEZ *v.* TEXAS. Ct. Crim. App. Tex.;

No. 93–8096. EDGESTON *v.* ILLINOIS. Sup. Ct. Ill.;

No. 93–8147. BYRD *v.* OHIO. Sup. Ct. Ohio;

No. 93–8358. HICKS *v.* OHIO. Sup. Ct. Ohio;

No. 93–8360. POINDEXTER *v.* OHIO. Sup. Ct. Ohio;

No. 93–8372. HENDERSON *v.* OHIO. Sup. Ct. Ohio;

No. 93–8501. GIBBS *v.* NORTH CAROLINA. Sup. Ct. N. C.;

No. 93–8505. SOWELL *v.* OHIO. Sup. Ct. Ohio;

No. 93–8571. BYRD *v.* OHIO; GREER *v.* OHIO; HENDERSON *v.* OHIO; HICKS *v.* OHIO; JAMISON *v.* OHIO; MONTGOMERY *v.* OHIO; POINDEXTER *v.* OHIO; SCOTT *v.* OHIO; and SOWELL *v.* OHIO. Sup. Ct. Ohio;

No. 93–8586. OTEY *v.* HOPKINS, WARDEN. C. A. 8th Cir.;

No. 93–8604. TENNER *v.* ILLINOIS. Sup. Ct. Ill.;

No. 93–8723. BEDFORD *v.* OHIO. Sup. Ct. Ohio;

No. 93–8825. SMITH *v.* OHIO. Sup. Ct. Ohio;

No. 93–8852. STEFFEN *v.* OHIO. Sup. Ct. Ohio;

No. 93–8854. SCOTT *v.* OHIO. Sup. Ct. Ohio;

No. 93–9025. RESNOVER *v.* CARTER, ATTORNEY GENERAL OF INDIANA, ET AL. C. A. 7th Cir.;

No. 93–9046. HALL *v.* SOUTH CAROLINA. Sup. Ct. S. C.;

No. 93–9112. WOODARD *v.* OHIO. Sup. Ct. Ohio; and

No. 93–9364. ROSE *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins,* 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentences in these cases.

No. 92–903.  POSTERS 'N' THINGS, LTD., ET AL. *v.* UNITED STATES, 511 U. S. 513;

No. 92–1370.  BFP *v.* RESOLUTION TRUST CORPORATION, AS RECEIVER OF IMPERIAL FEDERAL SAVINGS ASSN., ET AL., 511 U. S. 531;

No. 93–289.  DALTON, SECRETARY OF THE NAVY, ET AL. *v.* SPECTER ET AL., 511 U. S. 462;

No. 93–1257.  CATLETT *v.* VIRGINIA, 511 U. S. 1005;

No. 93–1407.  PEARSON *v.* UNITED STATES, 511 U. S. 1126;

No. 93–1498.  SAKARIA ET AL. *v.* TRANS WORLD AIRLINES, 511 U. S. 1083;

No. 93–7824.  TITLEMORE *v.* RAYMOND ET AL., 511 U. S. 1036;

No. 93–7995.  EDWARDS *v.* PHOEBE PUTNEY MEMORIAL HOSPITAL ET AL., 511 U. S. 1039;

No. 93–8189.  CRAWFORD *v.* CONNELL, 511 U. S. 1073;

No. 93–8230.  BACON *v.* DEPARTMENT OF THE AIR FORCE, 511 U. S. 1043;